**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. SA CV 12-02062-DOC (JPRx)                                            Date:  June 4, 2013

Title: <u>KAZUMI MIYAYAMA V. WELLS FARGO BANK, N.A., ET AL.</u>

PRESENT:

<u>THE HONORABLE DAVID O. CARTER, JUDGE</u>

<u>Julie Barrera</u>                                          <u>     N/A     </u>
Courtroom Clerk                                  Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

     None Present                                             None Present

**PROCEEDINGS (IN CHAMBERS):     ORDERING ADDITIONAL BRIEFING**

   The Court hereby orders Defendant Wells Fargo Bank ("Defendant") to submit further briefing on the issue of whether Defendant can inherit Home Owner Loan Act ("HOLA") preemption from its predecessors, World Savings Bank and Wachovia.

   In this case, Plaintiff's loan was originally held by World Savings Bank, a federal savings association. World Savings Bank became Wachovia, another federal savings association. Both would be covered by HOLA. Wachovia eventually merged with Wells Fargo, which is directly responsible for the foreclosure process. Wells Fargo is a national bank, an organization unaffected by HOLA. Defendant seeks to dismiss plaintiff's state law claims as preempted by HOLA.

   The Court orders Defendant to brief this issue based on the guidance below.

   Defendant must address the analysis from *Gerber v. Wells Fargo Bank, N.A.*, 2012 WL 413997 (D. Ariz. Feb. 9, 2012), regarding the relevance of a predecessor's status as a federal savings association to a subsequent entity's preemption right under HOLA. The Court is inclined to find *Gerber* persuasive, especially its critique of *DeLeon v. Wells Fargo Bank, N.A.*, 729 F. Supp.2d 1119 (N.D. Cal. 2010) and *Guerrero v. Wells Fargo Bank, N.A.,* 2010 U.S. Dist. LEXIS 96261 (C.D. Cal. Sept. 14, 2010), upon which Defendant relies. Therefore, Defendant should argue why *Gerber* is either inapplicable or incorrect.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. SA CV 12-02062-DOC (JPRx)          Date: June 4, 2013
         Page 2

Defendant's additional brief is due no later than June 6, 2013, at 5:00 p.m. and is limited to eight pages.

       The Clerk shall serve a copy of this minute order on counsel for all parties in this action.

MINUTES FORM 11

CIVIL-GEN                                   Initials of Deputy Clerk: jcb